**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. RETIREMENT ACCOUNT FUND; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. PENSION FUND; BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. HEALTH AND WELFARE FUND; BOARD OF TRUSTEES of the JOINT APPRENTICESHIP COMMITTEE FUND of the PLUMBING & HEATING INDUSTRY OF LAKE AND McHENRY COUNTIES; The INDUSTRY ADVANCEMENT FUND; and THE CHICAGO JOURNEYMAN PLUMBERS LOCAL UNION 130 U.A. as successor in interest to the PLUMBERS' LOCAL UNION NO. 93 U.A., ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | A CIVIL ACTION<br><br>NO.: 13-CV-3675<br><br>JUDGE: BUCKLO<br><br>MAGISTRATE JUDGE: FINNEGAN |
|     Plaintiffs,<br>vs.<br><br>SHULL PLUMBING, INC.,<br>an Illinois Corporation; and<br>SHELDON JACK SHULL, an Individual,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS' MOTION TO AMEND SUMMARY JUDGMENT AND FOR ENTRY OF FINAL JUDGMENT IN SUM CERTAIN**

NOW COME the Plaintiffs, BOARD OF TRUSTEES of the PLUMBERS' LOCAL UNION NO. 93 U.A. RETIREMENT ACCOUNT FUND *et al.*, by and through their attorneys, JOHNSON & KROL, LLC, pursuant to this Honorable Court's October 15, 2013 Memorandum Opinion and Order, move this Honorable Court to Amend the Summary Judgment and for entry of Final Judgment in Sum Certain against the Defendants SHULL PLUMBING, INC. ("SHULL PLUMBING") and SHELDON "JACK" SHULL ("JACK SHULL"), and in support state as follows:

1

1. On October 15, 2013, this Court granted the Plaintiffs' Motion for Summary Judgment and entered judgment against the Defendants SHULL PLUMBING and JACK SHULL, jointly and severally, in the amount of $148,599.39. (Docket No. 20).

2. Pursuant to the Memorandum Opinion and Order, this Court granted the Plaintiffs leave to file a motion to amend the judgment to reflect any damages sustained after July 30, 2013. (Docket No. 20).

3. After filing the Motion for Summary Judgment and before this Court granted the Plaintiffs' Motion for Summary Judgment, the Plaintiffs obtained payment in the amount of $100,000.00 from the Defendants' bond. (Certification of Scott Spangle is attached as Exhibit 1).

4. The Plaintiffs applied the $100,000.00 to outstanding deficiencies encompassed by the original judgment, as follows:

| Contribution Period: | Balance of Unpaid Contributions, Union Dues and 401(k): | Amount Applied: | Contribution, Union Dues and 401(k) Balance for Period after Bond Proceeds Applied: |
|---|---|---|---|
| Settlement Agreement | $23,931.10 | $23,931.10 | $0.00 |
| Feb. 2013 | $11,673.07 | $11,673.07 | $0.00 |
| Mar. 2013 | $7,556.94 | $7,556.94 | $0.00 |
| Apr. 2013 | $10,632.02 | $10,632.02 | $0.00 |
| May 2013 | $17,418.39 | $17,418.39 | $0.00 |
| Jun. 2013 | $17,013.30 | $17,013.30 | $0.00 |
| July 2013 | $20,720.53 | $10,638.61 | $10,081.92 |
| Aug. 2013 | $15,986.59 | $1,172.58 | $14,814.01 |

(Exhibit 1).

5. Thereafter, the Plaintiffs obtained payment from the Defendants in the amount of $244.80 for 401(k) for the months of August and September 2013. (Exhibit 1).

6. The Plaintiffs also recently obtained payment directly from two general contractors in exchange for final lien waivers in the amount of $14,226.07 which was applied to the contributions that remain outstanding for the months of July and August 2013. (Exhibit 1).

7. In addition, the Plaintiffs discovered that the Defendants had overpaid contributions in the amount of $3.38 for February 2013, in the amount of $1,012.96 for March 2013 and in the amount of $881.35 for the month of April 2013. (Exhibit 1).

7. As a result of the bond monies, payments received directly from the Defendants and the payments received from the general contractors, and overpayments that were discovered, the following amounts remain due and owing by the Defendants:

| Contribution Period: | Balance of Unpaid Contributions, Union Dues and 401(k): | Unpaid Liquidated Damages and Interest: |
|---|---|---|
| Settlement Agreement | $0.00 | $17,580.06 |
| Feb. 2013 | -$3.38 | $2,899.87 |
| Mar. 2013 | -$1,012.96 | $2,645.95 |
| Apr. 2013 | -$881.35 | $2,267.76 |
| May 2013 | $0.00 | $3,459.28 |
| Jun. 2013 | $0.00 | $2,228.89 |
| July 2013 | $0.00 | $2,473.45 |
| Aug. 2013 | $12,572.61 | $1,747.43 |
| Sept. 2013 | $13,093.73 | $1,447.62 |
| **Totals:** | **$23,768.65** | **$36,750.31** |

(Exhibit 1).

8. In addition to the contribution, union dues, 401(k), liquidated damages and interest owed by the Defendants, the Plaintiffs have incurred additional attorney's fees and costs in the amount of $5,249.14 that have accrued since July 30, 2013. (Certification of Jeffrey Krol is attached as Exhibit 2).

9. Including the attorney's fees and costs already awarded to the Defendants through July 30, 2013, the Plaintiffs have expended a total of $11,021.65 in attorney's fees and costs, which should be awarded to them pursuant to the Settlement Agreement, Collective Bargaining Agreement and 29 U.S.C. § 1132(g)(2).

WHEREFORE, Plaintiffs pray that this Court enter Final Judgment in Sum Certain in favor of Plaintiffs and against the Defendants and order the following:

1. Judgment in the amount of $71,540.61 in favor of the Plaintiffs and against the Defendants SHULL PLUMBING and JACK SHULL, jointly and severally, which is itemized as follows:

   A. $17,580.06 under the breached Settlement Agreement;

   B. $23,768.65 in contributions for the months of August and September 2013;

   C. $19,170.25 in liquidated damages and interest of the period of February through September 2013; and

   D. $11,021.65 in attorney's fees and costs through October 24, 2013.

2. Enter an order requiring the Defendants SHULL PLUMBING and JACK SHULL to make payment of all future on-going contributions during the term of the current collective bargaining agreement in a timely manner; and

3. Grant the Plaintiffs' other such relief that this Court deems to be just and equitable all at the Defendants' costs.

          Respectfully Submitted,

          **TRUSTEES OF THE PLUMBERS**
          **LOCAL UNION 93 U.A. TRUST FUNDS**

By:    <u>/s/ Jeffrey A. Krol – 6300262</u>
        One of the Plaintiffs' Attorneys

JOHNSON & KROL, LLC
300 South Wacker Drive, Suite 1313
Chicago, IL 60606
(312) 372-8587

5